IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PATRICIA ANN CLAIR,

Appellant,

Case No. 5D22-2346
LT Case No. 2021-CF-001301-A

v.

STATE OF FLORIDA,

Appellee.

_____/

Decision filed May 23, 2023

Appeal from Circuit Court
For Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Teresa D. Sutton, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Stephen R. Putnam, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

MAKAR, SOUD and MACIVER, JJ., concur.